MARGARET WALSH, Respondent, v. JAMES P. KEENAN, Appellant, et al., Defendants.— Motion for reargument denied, with ten dollars costs; motion

for leave to appeal to the Court of Appeals denied. Motion for stay pending hearing and determination of an application to the Court of Appeals to appeal to that Court granted. [See *ante,* p. 939.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.